## (March 31, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. LAWRENCE BROWN, Petitioner, v EUGENE S. LE FEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application dated February 23, 1978 for writ of habeas corpus pursuant to CPLR 7002 (subd [b], par 2) denied as legally insufficient. Petitioner's remedy is to prosecute his pending appeal from the judgment of conviction *(People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Motion for assignment of counsel on this application dismissed as academic. Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.